IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 17-595 |
| | ) | |
| v. | ) | CHIEF MAGISTRATE JUDGE |
| | ) | MAUREEN P. KELLY |
| BRIAN CROW, | ) | |
| | ) | *(Electronic Filing)* |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed to by and between the respective parties that the above-captioned case be dismissed with prejudice, each party to bear its own costs, and the Court may enter an Order accordingly, notice by the Clerk being hereby waived.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

s/Paul E. Skirtich
PAUL E. SKIRTICH
Assistant U.S. Attorney
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7418
PA ID No. 30440

**ORDER**

AND NOW, to wit, this __________ day of ________________________, 2018, it is ORDERED that the above captioned civil action be dismissed with prejudice, each party to bear their own costs.

_________________________________
CHIEF U.S. MAGISTRATE JUDGE